IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY FAIRWELL,

    Plaintiff,                   No. CIV S-10-1064 FCD GGH P

    vs.

M. CATES, et al.,

    Defendants.              ORDER

/

        Plaintiff is a state prisoner proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983. On August 2, 2010, plaintiff's complaint was dismissed with leave to amend. On September 3, 2010, and October 6, 2010, plaintiff's requests for an extension to file an amended complaint were granted.

        On October 28, 2010, plaintiff filed a motion to stay or to dismiss this case without prejudice. The court notes that no appearance has been made by any defendant. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: November 16, 2010

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:AB
fair1064.dis